IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STEVEN PALUMBO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:21-CV-1818-N (Lead) |
| v. | § | |
| | § | Other Civil Action Number: |
| AT&T INC, et al., | § | 3:22-CV-0274-N |
| | § | |
| Defendants. | § | |

## ORDER OF CONSOLIDATION

The unopposed motion to consolidate [22] is granted. Pursuant to FED. R. CIV. P. 42(a), 22cv0274, *Witte v. AT&T Services, Inc.*, is hereby consolidated with 21cv1818. Pursuant to L.R. 42.1, all pleadings, motions, or other papers will be filed in Civil Action No. 3:21cv1818-N.

The clerk of court shall administratively close 3:22-CV-0274 for statistical purposes.

SIGNED February 22, 2022.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

*ORDER, Page Solo*