IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEVEN PALUMBO, *et al.*, § § Plaintiffs, § § v. § Civil Action No. 3:21-CV-1818-N § AT&T SERVICES, INC., *et al.*, § § Defendants. § | |

# FINAL JUDGMENT

By separate Memorandum Opinion and Order of this same date, the Court granted Defendants AT&T Services, Inc. and DirecTV, LLC's motion to compel arbitration. "If all of the issues raised before the district court are arbitrable, dismissal of the case is not inappropriate." *Fedmet Corp. v. M/V Buyalyk*, 194 F.3d 674, 678 (5th Cir. 1999). It is, therefore, ordered that Plaintiffs' claims are dismissed without prejudice. Courts costs are taxed against the party incurring the costs. This is a final judgment.

Signed March 14, 2023.

David C. Godbey
Chief United States District Judge

FINAL JUDGMENT – SOLO PAGE